IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRINA GORDON,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:22-cv-1884 |
| **v.** | : | |
| | : | (Judge Rambo) |
| **WENDY NICHOLAS,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 5th day of January 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Trina Gordon's complaint (Doc. No. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

2. Gordon, if desired, may file an amended complaint in accordance with the accompanying Memorandum within <u>21 days</u> of the date of this Order;

3. Gordon's recently filed motion to amend (Doc. No. 5) is **DISMISSED** as moot in light of paragraph 2 above; and

4. If no amended complaint is timely filed, the Court will CLOSE this case.

                                                        s/ Sylvia H. Rambo
                                                        United States District Judge